■ In the Matter of MARINE MIDLAND BANK-CENTRAL, as Executor of HARRIET I. HENDRY, Also Known as HARRIET E. HENDRY, Deceased. DONALD SCHANBARGER, Appellant; MARINE MIDLAND BANK-CENTRAL, as Executor of HARRIET I. HENDRY, Also Known as HARRIET E. HENDRY, Deceased, Respondent.—Decree unanimously affirmed, without costs, for the reasons stated in the memorandum of Herkimer County Surrogate's Court, Schneider, S. (Appeal from decree of Herkimer Surrogate's Court—judicial settlement.) Present—Marsh, P. J., Moule, Cardamone, Simons and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELAIRE PAYNE, Appellant.—Judgment unanimously modified, on the law, in accordance with memorandum and, as modified, affirmed, Simons, J., not participating. Memorandum: Since possession of a controlled substance is a lesser included offense of the crime of sale of a controlled substance *(People v Droz,* 46 AD2d 751), a verdict of guilty and conviction of sale of a controlled substance must be deemed a dismissal of the lesser included count of possession (CPL 300.40, subd 3, par [b]). Judgment of conviction of possession of a controlled substance must, therefore, be reversed, the sentence imposed thereon vacated, and the second count of the indictment accordingly dismissed *(People v Grier,* 37 NY2d 847; *People v Pyles,* 44 AD2d 784). We have examined the other contentions of appellant and find them to be without merit. (Appeal from judgment of Niagara County Court—criminal sale of controlled substance, second degree, and another charge.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.

■ METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v JOAN K. RILEY, Appellant.—Judgment unanimously affirmed, without costs, on the opinion at Trial Term, Moore, J. (Appeal from judgment of Erie Supreme Court—group life insurance.) Present—Marsh, P. J., Cardamone, Mahoney, Dillon and Goldman, JJ.

■ SHARON HUTCHISON, Respondent, v CRAIG H. HUTCHISON, Appellant.—Order unanimously affirmed, without costs, on the memorandum at Special Term, Horey, J. (Appeal from order of Allegany Supreme Court—discontinue action—divorce.) Present—Marsh, P. J., Cardamone, Mahoney, Dillon and Goldman, JJ.